# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DIANE THAYSE AND BABY THAYSE, | Civil 09-0479 (JRT/SRN) |
| Plaintiffs,<br>v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| FAIRVIEW RIVERSIDE HOSPITAL WING, *et al.*, | |
| Defendants. | |

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Susan Richard Nelson dated May 15, 2009, all the files and records, and no objections having been filed to said Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

Dated: June 8, 2009
at Minneapolis, Minnesota

_____ s/John R. Tunheim ___
JOHN R. TUNHEIM
United States District Judge